IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| VS. | NO. 3:08-CR-30 (CAR) |
| | VIOLATION: Drug Related |
| FRANCISCO JARAMILLO, | |
| Defendant | |

# **O R D E R**

The above-named defendant this day appeared before the undersigned for a Detention Hearing pursuant to provisions of the Bail Reform Act of 1984. At said hearing, the court determined that the defendant is an illegal alien and that he is currently serving a federal sentence of incarceration of 37 months on a charge of ILLEGAL REENTRY imposed in the Southern District of Texas, and that release from custody is not anticipated in the near future. Thus, release from custody in the above-styled case appears to be a moot issue.

Accordingly, the court will **HOLD IN ABEYANCE** any consideration of release of this defendant from custody in this case under the Bail Reform Act of 1984 until such time as he may be released from custody on his Southern District of Texas conviction. Counsel for the government and for the defendant are directed to immediately advise the court of any such release; in that event, the defendant shall be brought before this court FORTHWITH for consideration of his release from custody in the above-captioned case. In the meantime, the he shall remain in the custody of the U.S. Marshal.

SO ORDERED, this 21st day of MAY, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE